**IT IS ORDERED as set forth below:**



Date: May 22, 2018

*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

___

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:  )   Chapter 13 Case No. 18-10402

Fred B. Johnson  )
  )
  )
  )
Debtor(s)

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐ Denied and the case is dismissed.

  ☐ Without prejudice;
  ☐ With prejudice against refiling for 180 days;
  ☐ Unless Debtor(s) counsel converts to a case under Chapter 7 within fourteen (14) days.

☐ Granted upon condition that:

  ☐ Debtor pay $_____ by _____;
  ☐ Debtor pay $_____ per _____ until _____;



Chapter 13 Case No. 18-10402

Page 2

☒ Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within seven (7) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☒ Continued to June 4, 2018 at 2:00 pm a.m.

☐ With payments of $ _____ per _____ in the interim;

☐ Upon payment of $ _____ by _____;

☐ Debtor's counsel is ordered to file a modified plan by _____;

☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

☒ Upon condition that Debtor(s): Payments of $850.00 by Court date.

☐ Debtor's counsel is ordered to file with the Clerk, within fourteen (14) days, a written certification that all State and Federal tax returns have been filed.

☒ Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Submitted by:

_____
Chapter 13 Trustee/Attorney for
Huon Le, Cortney Elam, Jane Miller

13-01 {Rev. 7/05}